IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN HENRY JONES,

      Petitioner,

v.                          Case No. 4:15cv12-MW/EMT

DEPARTMENT OF CORRECTIONS
and FLORIDA COMMISSION ON
OFFENDER REVIEW,

      Respondents.
_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No.13, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No.18.   Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The petition for writ of habeas corpus, ECF No. 1, is **DENIED**.  A certificate of appealability is **DENIED**."   The Clerk shall close the file.

**SO ORDERED on July 15, 2015.**

                                               **s/MARK E. WALKER       **
                                               **United States District Judge**